David C. Hemingway, Asst. Sp. Public Defender, St. Louis, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Rebecca M. Rivers, Asst. Atty. Gen., Jefferson City, for Respondent.

Before CRANE, P.J., ROBERT G. DOWD, Jr., J. and SULLIVAN, J

## ORDER

PER CURIAM.

Kelly · Blassingame (Movant) appeals from the judgment denying her Rule 24.035 motion for post-conviction relief without a hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

**CHUMS, INC., Plaintiff/Respondent,**

v.

**ARNOLD MISSOURI CORPORATION, Defendant/Appellant.**

No. ED 76029.

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 1, 2000.

Alan S. Mandel, St. Louis, for appellant.

Edward J. Grewach, Troy, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., and ROBERT G. DOWD, Jr., and SHERRI B. SULLIVAN, JJ.

## ORDER

PER CURIAM.

Arnold Missouri Corporation (Arnold Missouri) appeals from a judgment awarding damages to Chums, Inc. (Chums). Arnold Missouri argues the trial court erred in (1) entering a judgment because Chums had signed a general release, and (2) entering a judgment without taking into consideration a $2,500 settlement payment. We affirm.

We have reviewed the briefs of the parties and the legal file. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth reasons for this order pursuant to Rule 84.16(b).